UNITED SATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:14-cv-01698-JA-GLK

CARPENTER INVESTMENTS, INC.
         Plaintiff,

vs.

ACE AMERICAN INSURANCE CO.
         Defendant.
_____/

## MEDIATION SETTLEMENT AGREEMENT

At the Mediation Conference held on May 4, 2016 this case was fully settled and resolved on the following terms:

1. The Defendant shall pay to the Plaintiff, Carpenter Investments, Inc. the sum of $ 50,000 , within 20 days in full settlement of all claims of Plaintiffs against Defendant including any and all outstanding liens, or other third party or collateral source claims or subrogation interests on the recovery of any kind. Plaintiff shall be responsible for obtaining the consent of all parties whose approval of the settlement is required.

2. Each party shall bear its own attorney's fees and costs incurred herein. The fee of the mediator shall be equally divided between the parties.

3. Plaintiff shall execute all necessary releases which shall be prepared by counsel for Defendant. Counsel for the parties shall prepare execute and file with the Court a Notice of Settlement Stipulation of Dismissal with Prejudice upon completion of the settlement.

Dated this 4th of May, 2016

Plaintiff:

Carpenter Investments, Inc.

By: *[signature]* Deanne Carpenter, Pres.

*[signature]*

*[signature]* Patricia K. Olney
Trisha Olney-Its attorney

Defendant:

Ace American Insurance Co.

By: *[signature]*
Authorized Representative

*[signature]*
~~Jessica Perdew-Its attorney~~

*[signature]* Edward A. White-Mediator