# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARPENTER INVESTMENTS, INC.,**

    **Plaintiff,**

v.                                              Case No: 6:14-cv-1698-Orl-28GJK

**ACE AMERICAN INSURANCE COMPANY,**

    **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled in its entirety. (Notice of Settlement at Mediation, Doc. 23).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** on May 5, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record